### 4044.  CARSON v. THE STATE.

POTTLE, J.  There are no special assignments of error, and the evidence fully supports the conviction.                 *Judgment affirmed.*
DECIDED APRIL 2, 1912.

Indictment for assault and battery; from Cobb superior court— Judge Morris.  January 6, 1912.

*Clay & Morris, Mozley & Moss,* for plaintiff in error.
*J. P. Brooke, solicitor-general,* contra.